EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  mark.inciong@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00377 JMS |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| KEVIN PATRICK CASH, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order for Dismissal was submitted to the Honorable J. Michael Seabright for signature on August 30, 2006, and was served on the following person on August 30, 2006:

Served by U.S. Mail:

MARY ANN BARNARD, ESQ.
P. O. Box 235520
Honolulu, Hawaii 96813

Attorney for Defendant
KEVIN PATRICK CASH

DATED: Honolulu, Hawaii, August 30, 2006.

/s/ M. Derby-Taufa'asau