EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG, CA BAR #163443
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  mark.inciong@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00377 JMS |
|---|---|---|
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| KEVIN PATRICK CASH, | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the Order for Dismissal was signed and filed by the Honorable J. Michael Seabright on August 31, 2006, and a filed copy was served on the following person on September 5, 2006:

Served by U.S. Mail:

MARY ANN BARNARD, ESQ.
P. O. Box 235520
Honolulu, Hawaii 96813

Attorney for Defendant
KEVIN PATRICK CASH

DATED: Honolulu, Hawaii, September 5, 2006.

                                        /s/ M. Derby-Taufa'asau